MARY E. TUGWELL, Administratrix, etc., Appellant, v. JOHN BUSSING, late Sheriff of Westchester County, Respondent.

Appeal from a judgment in favor of the defendant, entered at the circuit. This action was brought against the sheriff for selling certain property, levied upon by him, altogether, instead of in parcels, by reason of which the plaintiff claims that her intestate lost the amount of an execution issued upon a judgment recovered by him against the owner of the property. The General Term *held*, that it was the duty of the sheriff to sell the property in parcels, and reversed the judgment.

*G. W. Rathbun* and *Wm. W. Mann*, for the appellant.

*Close & Robertson*, for the respondent.

Opinion by Talcott, J.

Present — Barnard, P. J., Talcott and Tappen, JJ.

Judgment reversed and new trial ordered, costs to abide the event.

---

In the Matter of the Will of PETER CHRIST, Deceased.

This was an appeal from the decision of the surrogate of Queens county, admitting to probate the will of Peter Christ. The court, after a review of the evidence, was of opinion that a case was presented which was quite sufficient to uphold the will, and that there was no defect in its execution.

Opinion by Tappen, J.

Present — Barnard, P. J., Tappen and Talcott, JJ.

Decree of surrogate affirmed, with costs.